In the Matter of the Petition of ELIZABETH M. BUTLER for a Judicial Settlement of the Account of Proceedings of the Late FANNY V. N. RAMSDELL, as Trustee (by Said ELIZABETH M. BUTLER as Her Executrix), and Said ELIZABETH M. BUTLER, as Sole Surviving Successor Trustee, of the Trust Created by Article 11th of the Will of JOHN J. VAN NOSTRAND, Deceased, for the Benefit of Said FANNY V. N. RAMSDELL, and Also for a Construction of the Will, and a Determination of All Questions, Legal or Equitable, Arising between All Parties Interested in This Proceeding. ELIZABETH VAN NOSTRAND BUTLER, Individually and as Administratrix, etc., of THOMAS P. RAMSDELL, Deceased, and NANNIE MARVIN RODMAN, Individually, Appellants; WILLIAM NELSON CROMWELL and ALFRED JARETZKI, JR., as Executors, etc., of LOUISA B. VAN NOSTRAND, Deceased, and Others, Respondents.— Proceeding for judicial settlement of the accounts of trustees and for a construction of the will of John J. Van Nostrand, deceased. Decree of the Kings County Surrogate's Court, in so far as appealed from, unanimously affirmed, with one bill of costs to appellants and one bill of costs to respondents William Nelson Cromwell and Alfred Jaretzki, Jr., as executors, etc., payable out of the estate of John J. Van Nostrand, deceased. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.